UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

MAY 27 2020

| | |
|---|---|
| IN THE MATTER of the seizure of Contents of Account xxxx6729 up to $9,723,822.00 in the name of Karen Denise Hable Trust at BB&T / Truist Bank | Case No. 0:20-MJ-06-EBA<br><br>OBJECTION,<br>MOTION TO TAKE JUDICIAL NOTICE OF LAW<br>IN THE FEDERAL STATUTES AT TITLE 18 U.S.C. § 3401 and TITLE 28 U.S.C. § 636<br>AND<br>MOTION TO WITHDRAW and VACATE UNAUTHORIZED WARRANT |

OBJECTION AND
MOTION TO TAKE JUDICIAL NOTICE OF LAW
IN THE FEDERAL STATUTES
AT TITLE 18 U.S.C. § 3401 and TITLE 28 U.S.C. § 636
AND
MOTION TO WITHDRAW UNAUTHORIZED WARRANT

1.   Now comes Karen Denise Hable Trust, Respondent/Defendant *in propria persona* in the above captioned cause of action, who hereby **Objects** to the issuance by the magistrate judge in this action of a *Warrant to Seize Property Subject to Forfeiture* for **lack** of a proper *statutory authority* of the magistrate to so act in this particular legal action because of the nature of the action; for **lack** of a proper *subject-matter jurisdiction* of the court to *seize* "property" that **is not made** "*subject to forfeiture*" under the statutes defining such property; and for improperly and wrongfully attempting to *seize* property that is **not** "*Property Subject to Forfeiture*" under TITLE 26, Subtitle F, CHAPTER 75, Subchapter C, PART I, titled "**PROPERTY SUBJECT TO FORFEITURE**", as defined in law under code Sections 7301 et.seq.

1

2.     Respondent /Defendant therefore respectfully moves this honorable Court to take judicial notice of law in the statutes of the United States Code under Title 28 U.S.C. Section 636 and Title 18 U.S.C. Section 3401 which code sections specifically provide for the **limited** *jurisdictional* authority and powers of the magistrate **to preside** over legal proceedings and issue *Orders of the Court* and or *Warrants to Seize Property Subject to Forfeiture.*

3.     Respondent /Defendant further moves this honorable Court to take judicial notice of law in the statutes of Title 26 U.S.C. Sections 7301 through 7304, defining in law the "*PROPERTY SUBJECT TO FORFEITURE*" and thus properly made subject to the issuance of a "*Warrant to Seize Property Subject to Forfeiture*", like the *Warrant* that has **wrongfully** and **improperly** been issued by the Magistrate in this legal action**.**

4.     Under the Federal Rules of Civil Procedure this honorable Court has the authority to take Judicial Notice of Law in the federal statutes of the United States Code.  We now ask this honorable court to do so at Title 18 U.S.C. Section 3401.

> **Title 18 U.S. Code**
> **§ 3401 - Misdemeanors; application of probation laws**
>
> **(a)** When specially designated to exercise such jurisdiction by the district court or courts he serves, any United States magistrate judge shall have jurisdiction to try persons accused of, and sentence persons convicted of, **misdemeanors** committed within that judicial district.
>
> **(b)** Any person charged with a misdemeanor, other than a petty offense may elect, however, to be tried before a district judge for the district in which the offense was committed. The magistrate judge shall carefully explain to the defendant that he has a right to trial, judgment, and sentencing by a district judge and that he may have a right to trial by jury before a district judge or magistrate judge. The magistrate judge may not proceed to try the case unless the defendant, after such explanation, expressly consents to be tried before the magistrate judge and expressly and specifically waives trial, judgment, and sentencing by a district judge. Any such consent and waiver shall be made in writing or orally on the record.

5.     These code sections plainly state that a magistrate judge **only** has *jurisdiction* to preside over **misdemeanor** criminal trials.  This action **is not** a misdemeanor criminal trial, but is a civil

*summary* forfeiture action, and therefore the magistrate has **NO *jurisdiction*** to preside over this action and issue *Orders of the court* or a *Warrant to Seize Property*, as **no** such issuance authority or *power* is created or granted by this either this statute **or** Title 28 U.S.C. Section 636, as shown hereinbelow

6.  Subsection (b) of this code section [§ 3401] also states that the magistrate may also adjudicate and try actions where the Defendant consents to such process. Respondent/Defendant in this matter does **NOT** consent to a magistrate's presiding over this action.  She respectfully requests that a true district court judge be installed as the presiding judge over the legal action, and that the **un**authorized *Warrant* that has been improperly and wrongfully issued by the magistrate judge acting alone, be *withdrawn* or declared **void/vacated.**

7.  Title 28 U.S.C. Section 636 provides the general authority of the federal magistrate judges to act within legal causes of action. Subsection (a) of that statute specifies:

> **Title 28 U.S. Code**
> **§ 636. Jurisdiction, powers, and temporary assignment**
>
> **(a)** Each United States magistrate judge serving under this chapter shall have within the district in which sessions are held by the court that appointed the magistrate judge, at other places where that court may function, and elsewhere as authorized by law—
>
>   (1) all powers and duties conferred or imposed upon United States commissioners by law or by the Rules of Criminal Procedure for the United States District Courts;
>   (2) the power to administer oaths and affirmations, issue orders pursuant to section 3142 of title 18 concerning release or detention of persons pending trial, and take acknowledgements, affidavits, and depositions;
>   (3) the power to conduct trials under section 3401, title 18, United States Code, in conformity with and subject to the limitations of that section;
>   (4) the power to enter a sentence for a petty offense; and
>   (5) the power to enter a sentence for a class A misdemeanor in a case in which the parties have consented.

8.  Noticeably **lacking** here under subsection (a), is any legal authority of the Magistrate to act under Title 26 enforcement or seizure actions, or any Title 18 action other than those

3

initiated under Sections 3401 and 3142, or in any other type of legal actions except those involving **_misdemeanors_** and **_petty offenses_**.

9. The instant legal action, currently before the court, was **NOT** filed as an enforcement action resulting from a petty *offense* or a *misdemeanor*, **nor** were Sections 3401 and 3142 cited as foundational authorities in the filing for the initiation of this action. Therefore, there is no statutory evidence that any magistrate judge would hold any lawful **_jurisdiction_** to preside over, or conduct, the legal proceedings in this action, including the issuance of a *Warrant* to "*Seize Property Subject to Forfeiture*". Defendant therefore **_Objects_** to the magistrate's unauthorized action in this case of issuing the disputed *Warrant to Seize Property Subject to Forfeiture*.

10. Title 28 U.S.C. Section 636(b), further provides the specific *limiting* details of the authority of the magistrate judges to act. It plainly states:

> **Title 28 U.S. Code**
> **§ 636. Jurisdiction, powers, and temporary assignment**
>   **(b)**
>    **(1)** Notwithstanding any provision of law to the contrary—
>
>    **(A)** a judge may designate a magistrate judge to hear and determine any pretrial matter pending before the court**, except a motion** for injunctive relief, for judgment on the pleadings, for summary judgment, **to dismiss** or quash an indictment or information made by the defendant, to suppress evidence in a criminal case, to dismiss or to permit maintenance of a class action, to dismiss for failure to state a claim upon which relief can be granted, and to involuntarily dismiss an action. A judge of the court may reconsider any pretrial matter under this subparagraph (A) where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.
>    …
>    **(C)** the magistrate judge **shall file his proposed findings and recommendations** … with the court and a copy shall forthwith be mailed to all parties. **Within ten days** after being served with a copy, **any party may serve and file written objections** to such proposed findings and recommendations as provided by rules of court

11. Under subsection (c) of this code section, a magistrate judge presiding over this instant action would appear to **only** be authorized to **write** a **report** of proposed findings and

4

recommendations, and could **not** legally issue a *Warrant to Seize Property Subject to Forfeiture* on his own authority as a magistrate judge.

12. No *Report and Recommendations* has ever been written by the magistrate in this case, and the magistrate's report is required under these laws to be prepared and submitted to all parties (litigants in the legal action) for review, and to allow an opportunity for any involved party to **object** to the magistrate's proposed findings, before a true district court judge rules with any finality in the action. This is required of the court in order for the court to provide the *due process* of law that is required to be provided to the Respondent/Defendant.

13. In *Miranda v. United States*, 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed. 2d 694 (1966), former Chief Justice Earle Warren penned the following: "As courts have been presented with the need to enforce constitutional rights, they have found means of doing so. … Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."

14. The inventory of due process rights secured by the Fifth, Sixth and Seventh Amendments mandate judicial due process. The legislative and/or executive branches cannot unilaterally or jointly exclude the judicial in order to deprive the American people of life, liberty or property. However, another section of the Constitution rather than these amendments directly condemns the practice: Whenever a legislative enactment presupposes guilt and bypasses judicial process, the repugnant act is classified as a bill of attainder, which the Constitution forbids Congress and state legislatures from enacting.

15. In *Duncan v. Kahanamoku, Sheriff*, (1946) 327 U.S. 304; 66 S. Ct. 606; 90 L. Ed. 688, the Supreme Court of the United States condemned legislative summary judgment and unilateral administrative execution:

> Courts and their procedural safeguards are indispensable to our system of government. They were set up by our founders to protect the liberties they valued. *Ex parte Quirin, 317 U.S. 1, 19.* … Their philosophy has been the people's throughout our history. For that reason we have maintained legislatures chosen by citizens or their representatives and courts and juries to try those who violate legislative enactments. We have always been especially concerned about the potential evils of summary criminal trials and have guarded against them by provisions embodied in the Constitution itself. See *Ex parte Milligan, 4 Wall. 2; Chambers v. Florida, 309 U.S. 227.* Legislatures and courts

are not merely cherished American institutions; they are indispensable to our Government.

16. The character of acts that suppose to bypass judicial process was articulated in *United States v. Lovett* (1946), 328 U.S. 303; 66 S. Ct. 1073; 90 L. Ed. 1252:

> We hold that § 304 falls precisely within the category of congressional actions which the Constitution barred by providing that "No Bill of Attainder or ex post facto Law shall be passed." In *Cummings v. Missouri, 4 Wall. 277, 323*, this Court said, "A bill of attainder is a legislative act which inflicts punishment without a judicial trial. If the punishment be less than death, the act is termed a bill of pains and penalties. Within the meaning of the Constitution, bills of attainder include bills of pains and penalties." … On the same day the *Cummings* case was decided, the Court, in *Ex parte Garland, 4 Wall. 333*, also held invalid on the same grounds an Act of Congress which required attorneys practicing before this Court to take a similar oath. Neither of these cases has ever been overruled. They stand for the proposition that legislative acts, no matter what their form, that apply either to named individuals or to easily ascertainable members of a group in such a way as to inflict punishment on them without a judicial trial are bills of attainder prohibited by the Constitution. Adherence to this principle requires invalidation of § 304. We do adhere to it.

17. Those who wrote our Constitution well knew the danger inherent in special legislative acts which take away the life, liberty, or property of particular named persons because the legislature thinks them guilty of conduct which deserves punishment. They intended to safeguard the people of this country from punishment without trial by duly constituted courts. See *Duncan v. Kahanamoku, 327 U.S. 304*. And even the courts to which this important function was entrusted were commanded to stay their hands until and unless certain tested safeguards were observed. An accused in court must be tried by an impartial jury, has a right to be represented by counsel, he must be clearly informed of the charge against him, the law which he is charged with violating must have been passed before he committed the act charged, he must be confronted by the witnesses against him, he must not be compelled to incriminate himself, he cannot twice be put in jeopardy for the same offense. and even after conviction no cruel and unusual punishment can be inflicted upon him. See *Chambers v. Florida, 309 U.S. 227, 235-238*.

18. Furthermore, the statutes of Title 26 U.S.C. provide a **controlling** *statutory* definition of the term "*property subject to forfeiture*" as it is used on the instant disputed "*Warrant to Seize Property Subject to Forfeiture*". That **limited** statutory definition of "*property subject to forfeiture*" is found in Internal Revenue Code TITLE 26, Subtitle F, CHAPTER 75, Subchapter

6

C, PART I, **specifically** entitled "*PROPERTY SUBJECT TO FORFEITURE*".

### Title 26. INTERNAL REVENUE CODE

**Subtitle F. Procedure and Administration**
  **Chapter 75. CRIMES, OTHER OFFENSES, AND FORFEITURES**
  **Subchapter C. Forfeitures**

  **PART I—PROPERTY SUBJECT TO FORFEITURE**

  § 7301. Property subject to tax
  § 7302. Property used in violation of internal revenue laws
  § 7303. Other property subject to forfeiture
  § 7304. Penalty for fraudulently claiming drawback

19. That Subchapter "C" – "*Forfeitures*", and its PART "I" – "*PROPERTY SUBJECT TO FORFEITURE*" contain code Sections 7301 through 7304, which statutes read, in relevant part, as follows:

### § 7301. Property subject to tax:

**(a) Taxable articles**--Any property on which, or for or in respect whereof, any tax is imposed by this title which shall be found in the possession or custody or within the control of any person, for the purpose of being sold or removed by him in fraud of the internal revenue laws, or with design to avoid payment of such tax, or which is removed, deposited, or concealed, with intent to defraud the United States of such tax or any part thereof, may be seized, and shall be forfeited to the United States.
**(b) Raw materials**--All property found in the possession of any person intending to manufacture the same into property of a kind subject to tax for the purpose of selling such taxable property in fraud of the internal revenue laws, or with design to evade the payment of such tax, may also be seized, and shall be forfeited to the United States.
**(c) Equipment**--All property whatsoever, in the place or building, or any yard or enclosure, where the property described in subsection (a) or (b) is found, or which is intended to be used in the making of property described in subsection (a), with intent to defraud the United States of tax or any part thereof, on the property described in subsection (a) may also be seized, and shall be forfeited to the United States.
**(d) Packages**--All property used as a container for, or which shall have contained, property described in subsection (a) or (b) may also be seized, and shall be forfeited to the United States.
**(e) Conveyances**--Any property (including aircraft, vehicles, vessels, or draft animals) used to transport or for the deposit or concealment of property described in subsection (a) or (b), or any property used to transport or for the deposit or

7

concealment of property which is intended to be used in the making or packaging of property described in subsection (a), may also be seized, and shall be forfeited to the United States.

20. Sections 7302 provides:

### § 7302. Property used in violation of internal revenue laws.

It shall be unlawful to have or possess any property intended for use in violating the provisions of the internal revenue laws, or regulations prescribed under such laws, or which has been so used, and no property rights shall exist in any such property. A search warrant may issue as provided in chapter 205 of title 18 of the United States Code and the Federal Rules of Criminal Procedure for the seizure of such property. Nothing in this section shall in any manner limit or affect any criminal or forfeiture provision of the internal revenue laws, or of any other law. The seizure and forfeiture of any property under the provisions of this section and the disposition of such property subsequent to seizure and forfeiture, or the disposition of the proceeds from the sale of such property, shall be in accordance with existing laws or those hereafter in existence relating to seizures, forfeitures, and disposition of property or proceeds, for violation of the internal revenue laws.

21. IRC Section 7303 provides:

### § 7303. Other property subject to forfeiture.

There may be seized and forfeited to the United States the following:

> **(1) Counterfeit stamps**--Every stamp involved in the offense described in section 7208 (relating to counterfeit, reused, canceled, etc., stamps), and the vellum, parchment, document, paper, package, or article upon which such stamp was placed or impressed in connection with such offense.
> **(2) False stamping of packages**--Any container involved in the offense described in section 7271 (relating to disposal of stamped packages), and of the contents of such container.
> **(3) Fraudulent bonds, permits, and entries**--All property to which any false or fraudulent instrument involved in the offense described in section 7207 relates.

22. And IRC Section 7304, the last statute cited in the Subchapter and PART that define the "*PROPERTY SUBJECT TO FORFEITURE*", provides:

### § 7304. Penalty for fraudulently claiming drawback

Whenever any person[1] fraudulently claims or seeks to obtain an allowance of drawback on goods, wares, or merchandise on which no internal tax shall have been paid, or fraudulently claims any greater allowance of drawback than the tax actually paid, he shall forfeit triple the amount wrongfully or fraudulently claimed or sought to be obtained, or the sum of $500, at the election of the Secretary.

23. This is the complete and entire list of "*property subject to forfeiture*", as it is identified and **defined at law** in the statutes of the United States Code. These code sections give us the comprehensive list of property which is "***property subject to forfeiture***" and thus subject to *conversion* under a "*Warrant to Seize Property Subject to Forfeiture*".

24. If any property does **not** fall within the above *controlling **statutory*** descriptions of specific properties, then it is **not** *property* that is properly or lawfully treated by the court as "*property subject to forfeiture*"**,** and the magistrate judge has **no** lawful granted authority to issue a "*Warrant to Seize Property Subject to Forfeiture*" to seize it, because it is **not** property **defined** in the law or the statutes *as* "*Property*" that is "***subject to forfeiture***".

25. In this action, the specific "*property*" that has been *ordered* by the court to be *seized* under the defective "*Warrant to Seize Property Subject to Forfeiture*" that has been issued by the magistrate judge in this case acting alone, **is not** "*property*" that is **defined in these statutes** as "*property*" that is *"subject to forfeiture"*.

26. Therefore the *Warrant* that has been issued is **neither** authorized to be issued by the magistrate, **nor** does it properly apply to the property that has been improperly *ordered **seized*** by the magistrate's *Warrant*.

---

[1] The applicable definition of the term "*person*" that is controlling within this statute's and Chapter's usage of the term, provides:

### § 7343. Definition of term "person"
The term "person" as used in this chapter includes an **officer or employee of a corporation, or a member or employee of a partnership, who as such officer, employee, or member is under a duty to perform** the act in respect of which the violation occurs.

9

## Conclusion & Prayer for Relief

27. A district court **may not permit,** and the parties may not consent to, **extension of the power of the Magistrate** to enter final judgment or to issue *Orders* or *Warrants* in a case where such power is restricted to the district courts. *United States Steelworkers of America, AFL-CIO v. Bishop*, 598 F.2d 408 (5th Cir. 1979). The power to issue any *Order of the Court* or *Warrant to Seize Property*" that is **not** lawfully made "*Subject to Forfeiture*" by the statutes, is **NOT granted** to the **Magistrate judge to exercise,** and is in fact **denied** to the Magistrate under the instant dispute circumstances. **Respondent**/Defendant ***Objects*** to the magistrate' unauthorized issuance of the disputed *Warrant*.

28. Therefore, Defendant *moves* this honorable Court to take judicial notice of these statutes, and to honorably recognize and obey the limits of authority and limited powers possessed by the magistrate judge under the statutes, and to *withdraw* or make ***void*** the *Warrant* that has been improperly issued, and to restore a true district court judge as the presiding judge in this action, as the magistrate judge is clearly **without** *jurisdiction* to preside over matters of this nature. and is further **without** proper legal authority to issue a *Warrant* to seize property that is **not made** "*subject to forfeiture*" by the defining *statutes*.

29. Respondent/Defendant prays this honorable Court will now take judicial *Notice of Law* in the applicable *controlling* federal statutes presented herein; **sustain** this *Objection*; ***withdraw*** or **make VOID** the improper "*Warrant to Seize Property Subject to Forfeiture*" that has been wrongfully issued by the magistrate; and install a true district court judge as the presiding judge in this legal action.

Respectfully submitted,

*Karen Denise Smith*
Karen Denise Smith, *in propria persona*
Living-woman, A.R.
For Karen Denise Hable Trust
1580 Crane Creek Road
Grayson, Kentucky  41143

10

## CERTIFICATE OF SERVICE

I, Karen Denise Smith certify that a true copy of the attached *Objection and Motion has* been served via Certified Mail to the following:

Terrance Brown
550 Main Street
Room 3-502
Cincinnati, Ohio 45202
                     Certified Mail # 7017 3040 0000 3352 2867

BB&T / Truist Bank
214 N. Tryon Street, Floor 44
Charlotte, NC 28202
                     Certified Mail # 7017 3040 0000 3352 2850

*Karen Smith*
Karen Denise Smith
1580 Crane Creek Road
Grayson, Kentucky 41143

May 11th, 2020