1580 Crane Creek Road
Grayson, KY 41143

CERTIFIED MAIL

7017 3040 0000 3352 2874

United States District Court
Eastern District of Kentucky
Ashland Division
1405 Greenup Avenue
Suite 336
Ashland, KY 41101
attn: Clerk's Office

Back of Envelope

Back of Envelope