Eastern District of Kentucky
FILED
AUG 12 2020
AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **IN THE MATTER of the seizure of Contents of Account xxxx6729 up to $9,723,822.00 in the name of Karen Denise Hable Trust at BB&T / Truist Bank** | Case No. 0:20-MJ-06-EBA<br><br>**MOTION FOR EXTENSION OF TIME TO RESPOND, REQUEST RELEASE OF INITIAL FILING DOCUMENTS** |

## MOTION FOR EXTENSION OF TIME TO RESPOND, REQUEST FOR RELEASE OF INITIAL FILING DOCUMENTS FROM USA

1. Now comes Karen Denise Smith as the registered authorized representative for the trustee under UCC 3402-b-1 for Karen Denise Hable Trust, Respondent/Defendant in the above captioned cause of action, who hereby moves this Court for a sixty day extension of time to issue a response for the following reasons:

   A. During the months of April and May, 2020 numerous contacts by phone were initiated by Ms. Smith to both Clerk's Offices at Pikeville and Ashland District Courts to obtain pertinent information for this case. Smith was told repeatedly that this case was sealed and the Clerks could NOT view any information. On page 11 of Mr Chapman's Objection, the reference of a warrant affidavit appears – stating that the Trust does not address. This document has been withheld from the Trust. Karen Denise Smith requests the immediate release of the affidavit in order to issue a timely response/rebuttal.

B. On or about April 6, 2020 Ms. **Smith** initiated a request for assistance with TAXPAYER ADVOCATE SERVICE; case number 7050281 was opened for the Trust. The 1041 was amended with documentation issued to the advocate. With Covid-19 closings, this process is taking longer than anticipated. I have been given the dates of August 27, 2020 to receive a progress update with projected resolution date of September 28, 2020. The TAS resolution will be a major portion of the response to Mr. Chapman's objection.

2. Wherefore, Karen Denise Smith respectfully requests that an extension of time of sixty days be granted along with the release of the warrant affidavit in order to issue an accurate informed response with the complete filings.

Respectfully submitted,

*Karen-Denise Smith A.R. UCC 3402-b-1*

Karen Denise Smith A.R. UCC 3402-b-1
For Karen Denise Hable Trust
1580 Crane Creek Road
Grayson, KY 41143

## CERTIFICATE OF SERVICE

I, Karen Denise Smith certify that a true copy of the attached *Motion for Extension of Time and Release of Initial Filing Documents has* been served via Certified Mail to the following:

James T Chapman
260 W Vine Street, Suite 300
Lexington, KY 40507-1612
        Certified Mail # 7017 3040 0000 3352 2966

*Karen Denise Smith A.R. UCC 3402-b-1*
Karen Denise Smith A.R. UCC 3402-b-1
For Karen Denise Hable Trust
1580 Crane Creek Road
Grayson, Kentucky 41143

August 8, 2020