This envelope is for use with the following services:

**UPS Next Day Air®**
**UPS Worldwide Express®**
**UPS 2nd Day Air®**

**Insert shipping documen[ts] under window from the[re]**

1-800-PICK-UPS® (1-800-742-5877) or find a drop off location near you.

KAREN DENISE SMITH
6063151257
1954
1580 CRANE CREEK RD
GRAYSON KY 41143

0.5 LBS LTR 1 OF 1

**SHIP TO:**
US COURT CLERK OFFICE
606-329-2465
US DISTRICT COURT
1405 GREENUP AVE #336
**ASHLAND KY 41101**

**KY 411 0-01**

**UPS NEXT DAY AIR SAVER** **1P**
TRACKING #: 1Z V9J 78T 13 0000 1613

BILLING: P/P

CARBON NEUTRAL SHIPMENT

XOL 20.08.05 NV45 31.0A 07/2020

1405 GREENUP AVE
ASHLAND KY 41101-7738
P:SHOP S: LANDE[X]
30D-2612
1ZV9J78T130000
KYALDB...
HIP 28.3...
JHG3LXH
US 4110

1/1


ups