380 Cave Creek
Grayson, Ky 4113

United States District Court
Eastern District of Kentucky
Federal Section
attn: Clerk's Office
for filing please



KAREN DENISE SMITH
6063151257
KAREN SMITH
1580 CRANE CREEK RD
GRAYSON KY 41143

0.5 LBS LTR        1 OF 1

SHIP TO:
CLERK'S OFFICE
UNITED STATES DISTRICT COURT
C/O CLERK'S OFFICE
1405 GREENUP AVENUE
CARL PERKINS FEDERAL BUILDING
ASHLAND KY 41101

KY 411 0-01

UPS NEXT DAY AIR        1

TRACKING #: 1Z W53 MT5 25 2000 9618

BILLING: P/P

CARBON NEUTRAL SHIPMENT

XOL 20.10.17    NV-I5 3-1.0A 10/2020*